UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Christina Bowden, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Paul Sarabando, et al., <br><br> *Defendants*. | Civil Action No. 06-4427 <br> (MEF)(JRA) <br><br> **ORDER** |

United States Magistrate Judge Allen issued a Report and Recommendation, denying Anna Goodwin's petition to reopen this case. See Docket Entry 64. Objections to the Report and Recommendation were due on April 8. To date, no objection has been filed.

The Report and Recommendation is well reasoned, and the Court accepts the Report and Recommendation.

The Clerk of the Court shall provide Anna Goodwin with a copy of this order by regular mail.

IT IS on this 10th day of April, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.